UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAEED M. COUSAR,

        Plaintiff,

-against-

MELISSA LYNCH, A.D.A.; PETER J. CIACCI, S.P.O.,

        Defendants.

20-CV-0639 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 24, 2020
        New York, New York

                                            COLLEEN McMAHON
                                     Chief United States District Judge